IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KATHLEEN ANN BETTS,
      Plaintiff,

vs.                          Case No.:  3:13cv288/RV/EMT

KENNETH S. BETTS,
      Defendant.
_____/

# O R D E R

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 24, 2013 (doc. 5).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

      Having considered the Report and Recommendation, and the timely filed objection thereto (doc. 6), I have determined that the Report and Recommendation should be adopted, with modifications.  While the plaintiff has failed to state a cause of action under Title 18, United States Code, Section 912, there is nothing in the record to indicate that there is no possible claim available to the plaintiff.  Therefore, any dismissal should be without prejudice.

      Accordingly, it is now **ORDERED** as follows:

      1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order, subject to the above modification.

      2.      This cause is **DISMISSED WITHOUT PREJUDICE,** and with leave to file an amended complaint within 30 days from the date of this order, in lieu of which this dismissal shall be with prejudice.

      **DONE AND ORDERED** this 12th day of June,  2013.


      /s/ *Roger Vinson*
      **ROGER VINSON**
      **SENIOR UNITED STATES DISTRICT JUDGE**